Brian M. Doherty, ASBA 8409077
GILMORE & DOHERTY, P.C.
1029 West 3rd Ave., Suite 500
Anchorage, Alaska 99501-1982
Telephone: 279-4506
Facsimile: 279-4507
Attorneys for Defendant Jaret Reid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. J05-0003-002 CR (JWS) |
| ) | |
| JOSEPH R. JUNKER and ) | |
| JARET Z. REID, ) | |
| ) | |
| Defendants. ) | |

**NON-OPPOSED JOINT MOTION TO CONTINUE SENTENCING DATE**

COMES NOW the defendant, Jaret Z. Reid, and files this Non-Opposed Joint Motion to Continue the Sentencing Date presently scheduled for February 1st, 2006. It is requested the Court continue the Sentencing Hearing for both co-defendants until March 13th, 14th, or 15th, 2006, or in the alternative, the week of April 3rd, 2006, as convenient to the Court's calendar. The basis of this Motion to Continue Sentencing Date is that Brian Doherty of the law firm of Gilmore and Doherty has substituted as counsel for the defendant Jaret Z. Reid based on the death of previous counsel, William P. Bryson. Louis Menendez, counsel for co-defendant Joseph Junker, joins in this Motion to Continue the Sentencing Date. The co-defendants are currently incarcerated at Lemon Creek Correctional Facility in Juneau, Alaska. All parties non-oppose the Motion to Continue the Sentencing Date.

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

As set forth in the attached affidavit, undersigned counsel entered his appearance in this case on January 23, 2006 and obtained the client file from the Alaska Bar Trustee Charles Dunnagan, who was appointed to oversee the dissolution of the law practice of William P. Bryson.

I spoke on the telephone with Assistant U.S. Attorney Frank V. Russo, representing the Government, and U.S. Probation/Pretrial Services Officer Timothy M. Astle, who do not oppose this Joint Motion to Continue. Louis Menendez joins in the Motion to Continue and requests that the *U.S. v. Junker* sentencing hearing be continued to the same date. The basis of the Motion to Continue is to allow undersigned defense counsel to review the case, file any objections to the draft presentence report and provide additional materials to Pretrial Services to consider with the presentence report.

Based on the present litigation schedule of undersigned counsel, the only available days to reschedule the sentencing in Juneau are March 13th, 14th, or 15th, or in the alternative, the week of April 3rd, 2006. Undersigned counsel is unavailable the weeks of April 10th, 17th, and 24th, 2006. This Motion is supported by the attached Affidavit of Counsel and a proposed Order is submitted with this Non-Opposed Joint Motion to Continue.

DATED this 23rd day of January, 2006, at Anchorage, Alaska.

GILMORE & DOHERTY, P.C.
Counsel for Defendant
Jaret Z. Reid

By: [signature]
Brian M. Doherty

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on this
23 day of January, 2006,
a true and correct copy of
the foregoing was delivered
by fax/(mail)/hand delivery to: and electronically
Frank Russo
Assistant U.S. Attorney
Federal Bldg. U.S. Courthouse
222 West 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

GILMORE & DOHERTY

By: /s/ Deb Lash
Deb Lash, Legal Secretary
F:\Reid\MtnContSent.doc

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507