Brian M. Doherty, ASBA 8409077
GILMORE & DOHERTY, P.C.
1029 West 3rd Ave., Suite 500
Anchorage, Alaska 99501-1982
Telephone: 279-4506
Facsimile: 279-4507
Attorneys for Defendant Jaret Reid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. J05-0003-002 CR (JWS) |
| ) | |
| JOSEPH R. JUNKER and ) | |
| JARET Z. REID, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

Brian M. Doherty, being duly sworn, says:

1.   I entered my appearance as counsel representing Jaret Z. Reid on January 23, 2006. I am substituting as counsel for Jaret Reid based on the death of William Bryson, his previous attorney of record. I mailed a Motion to Withdraw Upon Written Consent of Defendant on January 18, 2006 to the defendant, Jaret Reid, who is presently incarcerated at the Lemon Creek jail facility in Juneau, Alaska to have him sign the document. Unfortunately, based on the U.S. mail and the administrative procedures at

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

the Department of Corrections, I have not received the signed Motion for Substitution of Counsel back from the defendant. I am filing this Motion to Continue at this time based on the telephone conversation I had with the defendant on January 18, 2006 in which he gave his consent to substitute as counsel and to file this Motion to Continue the Sentencing.

2.   I have spoken with Chuck Dunnagan, who was appointed by the Alaska Bar Association as Trustee for the law office of William P. Bryson. Chuck Dunnagan provided Mr. Bryson's entire file to me. Mr. Dunnagan will sign on the Motion for Withdrawal on behalf of the law office of William P. Bryson.

3.   I spoke on the telephone with Assistant U.S. Attorney Frank Russo, who is representing the Government in this case. Mr. Russo indicated he has no opposition to this Joint Motion to Continue Sentencing based on the death of William Bryson.

4.   I spoke on the telephone with U.S. Probation/Pretrial Services Officer Timothy M. Astle, who prepared the presentence report in this case, who indicated that he also has no opposition to continuance of the sentencing in this case to give undersigned counsel sufficient time to review the draft presentence report and provide additional materials as necessary to be included with the final presentence report or a supplement.

5.   I spoke on the telephone with Louis Menendez, who is counsel for the co-defendant Joseph R. Junker. Louis Menendez joins in this Motion to Continue the Sentencing Date on behalf of his client. His client is incarcerated at Lemon Creek Correctional Center. Louis Menendez stated it is important that both co-defendants be

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

2

sentenced on the same day in the interests of judicial economy. The sentencing hearings are currently scheduled for February 1st, 2006 in the U.S. District Court in Juneau, Alaska. Mr. Menendez requested that I file this Joint Motion to Continue Sentencing on behalf of both defendants.

6. It is respectfully requested that the Court re-schedule the co-defendants' sentencings on the same day in Juneau taking into consideration the available dates set forth in the Motion to Continue.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Brian M. Doherty, Affiant

SUBSCRIBED AND SWORN TO before me this ___ day of January, 2006.

Notary Public in and for the
State of Alaska
My Commission Expires: 9-14-08

F:\Reid\MtnContSentAffi.doc

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507