IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. __JARET Z. REID__

CASE NO:  __1:05-cr-00003-02-JWS__

---

Defendant  __JARET Z. REID__,

has this date met the bail conditions indicated below and is ordered discharged from custody.

__X__ Released on __April 4, 2006, to custody of parents Scott A. Reid and Kathleen L. Reid.__

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

__X__ Other __To serve remainder of sentence under home confinement with electronic monitoring to be initiated at a later date.__

Dated at _____Juneau_____, Alaska this __4th__ day of __April__, 20 __06__

REDACTED SIGNATURE
_____
JOHN W. SEDWICK, District Judge

Original & 1 cy to U.S. Marshal

(Rev 4/06)