Probation Form No. 35
(1/92)                                                          Report and Order Terminating Probation /
                                                                           Supervised Release
                                                                      Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

**RECEIVED**

MAR 0 6 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V                                                       Case No. 1:05-CR-00003-02-JWS

Jaret Z. Reid

On April 4, 2006, the above-named was placed on supervised release for a period of three years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Jaret Z. Reid be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE    3/3/08
Mary Frances Barnes                          Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 5th day of March, 2008.

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge